

**William H. Newman, Esq.**
Attorney at Law

33 Nassau Avenue, Second Floor
Brooklyn, New York 11222
(718) 218-3360
will@willnewmanlawyer.com

October 15, 2025

<u>**Via ECF**</u>

The Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>***United States v. Tamer Mohamed*, 23 Cr. 671**</u>

Dear Judge Cote:

I represent the defendant, Tamer Mohamed. I write to respectfully request that the Court Order U.S. Probation and Pretrial Services (the "Probation Office") return to Mr. Mohamed his passport, following his sentencing on October 1, 2025.

The terms of his pretrial release required Mr. Mohamed to surrender his passport. Now that the Court has sentenced him, his pretrial release has concluded. Accordingly, the Court should permit him to recover his passport.

The United States and the Probation Office have each informed me that it has no objection to this application.

                              Respectfully submitted,

                              Will Newman

*Granted.*

*Denise Cote*
*10/16/25*