UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                      :

UNITED STATES OF AMERICA,           :        23cr671 (DLC)
                                       :

             -v-                    :         ORDER
                                       :

TAMER MOHAMED,                     :
                                       :

                    Defendant.  :

----------------------------------------X
DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that a conference to address the
defendant's request for appointment of counsel is scheduled for
January 9, 2026 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
         January 8, 2026

                               _____
                                 DENISE COTE
                     United States District Judge