Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 23, 2026

***Via CM/ECF***
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Tamer Mohamed*,**
**23 Cr. 671 (DLC)**

Dear Judge Cote:

I write to respectfully request that the Court authorize Tamer Mohamed to travel to Egypt with his family from December 9, 2026, through January 7, 2027. The Government, by AUSA Matthew Weinberg, has no objection and defers to Probation. Probation, via Officer Nicolas Edon in the Eastern District of New York (Mr. Mohamed's district of residence), supports Mr. Mohamed's application for international travel.

Pertinent to this application, Mr. Mohamed remains in compliance with the conditions of his post-release supervision and is up to date on his restitution payments. I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender, SDNY
(646) 315-1527

Cc: AUSA Matthew Weinberg

Denied.
Denise Cote
11/5/26