Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2026

***Via CM/ECF***
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Granted.
Denise Cote
11/16/26

**Re:** ***United States v. Tamer Mohamed,***
**23 Cr. 671 (DLC)**

Dear Judge Cote:

I write to respectfully request that the Court reconsider its denial of Tamer Mohamed's request to travel to Cairo, Egypt, with his wife and children from December 9, 2026, through January 7, 2027.

Mr. Mohamed's elderly parents reside in Cairo and suffer from a range of health issues, including severe arthritis, diabetes, muscular problems, and mobility limitations. This makes it very difficult for them to travel to the United States to visit Mr. Mohamed and his family. When he visits his parents roughly once a year, Mr. Mohamed assists with their care and interfaces with their healthcare providers. These trips are also the only opportunity Mr. Mohamed's children have to see their grandparents. And as the Court is aware, it previously authorized Mr. Mohamed to travel to Egypt twice during his pre-trial supervision, each time for more than 30 days and for the same purpose of visiting his parents. Mr. Mohamed returned as required on both occasions and complied with all other pre-trial conditions.

Indeed, since beginning supervised release on October 1, 2025, Mr. Mohamed has remained in compliance with his supervision requirements, including by maintaining employment and staying current with his restitution payments. In fact, earlier this week, Mr. Mohamed was downgraded to "low-intensity" post-release supervision, further reflecting his scrupulous adherence to his supervised release conditions.

Crucially, while Mr. Mohamed is traveling, he will be able to continue working full-time, as his employment allows him to work remotely. Accordingly, there will not be any interruption in Mr. Mohamed's income and ability to make his restitution payments.

Against this backdrop, I respectfully request that the Court reconsider its denial of Mr. Mohamed's application to travel to Cairo and visit with his parents. I thank the Court

for its time and attention to this matter.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender, SDNY
(646) 315-1527

Cc: AUSA Matthew Weinberg